UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEFIM GERSHBERG,<br><br>                              Plaintiff,<br><br>-against-<br><br>SOCIAL SECURITY ADMINISTRATION<br>CITY OF NEW YORK, NY (PENSION), et al.,<br><br>                             Defendants. | 1:19-CV-5235 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

      By order dated October 15, 2019, the Court directed Plaintiff, within thirty days, to submit a completed amended request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed an amended IFP application or paid the fees. Accordingly, this action is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 26, 2019
             New York, New York

                                                          COLLEEN McMAHON
                                                 Chief United States District Judge