UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEFIM GERSHBERG,

                 Plaintiff,

-against-

SOCIAL SECURITY ADMINISTRATION CITY OF NEW YORK, NY (PENSION), ET AL.,

                 Defendants.

1:19-CV-5235 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 26, 2019, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated:    November 26, 2019
             New York, New York

COLLEEN McMAHON
Chief United States District Judge